AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* <br> LEE, WILLIAM C. | 2. Court or Organization <br> U. S. DISTRICT COURT <br> NORTHERN DISTRICT OF INDIANA | 3. Date of Report <br> MAY 10, 2006 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br> U. S. DISTRICT JUDGE - Senior status eff. 2/3/03 | 5a. Report Type (check appropriate type) <br> ___ Nomination, Date _____ <br> ___ Initial   _X_ Annual   ___ Final <br> 5b. ___ Amended Report | 6. Reporting Period <br> January 1, 2005 through December 31, 2005 |
|---|---|---|

| 7. Chambers or Office Address <br> 2100 E. Ross Adair Federal Building <br> Fort Wayne, IN 46802 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1  Chairman | Ft. Wayne Community School Scholarship Committee |
| 2  Director | Fort Wayne Philharmonic Orchestra |
| 3  President | Allen Co. - Ft. Wayne Historical Society |
| 4  Chairman | Indiana Pro Bono Commission |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| ☐ NONE (No reportable non-investment income.) | | |
| 1  2005 | West Publishing Co. Book royalties | $ 11,753.84 |
| 2  2005 | Wilson Foundation - Committee Attendance Fees | $ 1,500.00 |
| 3 | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. LEE, JUDGE | 05/10/06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | **NONE** (No such reportable reimbursements.) | |
| 1 | 9/14/05 - $124.00 | Reimbursement for travel and food - Indiana Pro Bono Commission |
| 2 | 9/23/05 - $124.00 | Reimbursement for travel and food - Indiana Pro Bono Commission |
| 3 | 10/14/05 - $194.00 | Reimbursement for travel and food - Indiana Pro Bono Commission |
| 4 | 10/22/05 - $625.00 | Reimbursement for travel, lodging and food - Indiana Pro Bono Commission |
| 5 | 12/7/05 - $260.00 | Reimbursement for travel, lodging and food - Indiana Pro Bono Commission |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | **NONE** (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | **NONE** (No reportable liabilities.) | | |
| 1 | Tower Bank | Mortgage on Steuben Co., IN farm | M |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
  N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
  P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| LEE, WILLIAM C. | 05/10/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Steuben Co., IN, farm | D | rent | O | W | | | | | |
| 2 Tower Bank | A | int | K | T | | | | | |
| 3 Tower Bank | A | int | J | T | | | | | |
| 4 Keough Plan - money market | A | int | K | T | | | | | |
| 5 JDSU - stock | A | div | J | T | sell | 1/5/05 | J | D | |
| 6 Palm - stock | A | div | J | T | sell | 1/5/05 | J | D | |
| 7 Audible - stock | A | div | J | T | | | | | |
| 8 Lumera - Stock | A | div | J | T | | | | | |
| 9 Sirius | A | div | J | T | | | | | |
| 10 Sirius | A | div | J | T | | | | | |
| 11 Sirius | A | div | J | T | buy | 1/5/05 | J | | |
| 12 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.



Signature _____     Date 5-10-06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

---

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544